# United States Court of Appeals
### For the Eighth Circuit

_____

No. 14-3171
_____

Michael Joseph Harasyn,

*Plaintiff - Appellant*,

v.

Gregory Edward Krause; Kathleen Anne Krause; Betsy Lou Harasyn,

*Defendants - Appellees.*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: April 3, 2015
Filed: April 8, 2015
[Unpublished]

_____

Before BYE, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Michael Harasyn appeals the district court's[1] dismissal, for lack of subject matter jurisdiction, of his pro se complaint claiming his rights were violated in prior divorce and child-custody proceedings in state court. Upon consideration of Harasyn's arguments on appeal, and upon careful de novo review of the district court's dismissal, *see Edwards v. City of Jonesboro*, 645 F.3d 1014, 1017 (8th Cir. 2011), we agree with the district court that it lacked subject matter jurisdiction, *see Exxon Mobil Corp. v. Saudi Basic Indus. Corp.*, 544 U.S. 280, 284 (2005), and we find nothing improper in the proceedings below, *see* 28 U.S.C. § 636(b)(1); *Minn. Majority v. Manksy*, 708 F.3d 1051, 1056 (8th Cir. 2013).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Michael J. Davis, Chief Judge, United States District Court for the District of Minnesota, adopting the report and recommendations of the Honorable Franklin L. Noel, United States Magistrate Judge for the District of Minnesota.